AO 422 (Rev. 12/85) Warrant for Arrest

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# UNITED STATES DISTRICT COURT
## District of Hawaii

AUG 1 9 2002

at __ o'clock and __ min. __ M
WALTER A.Y.H. CHINN, CLERK

UNITED STATES OF AMERICA

V.

MICHELLE PADILLA
1547 MILLER ST.
HONOLULU HI 96813
(Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: CR 00-00302-01 DAE

YOU ARE HEREBY COMMANDED TO ARREST MICHELLE PADILLA and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

in violation of Title   United States Code, Section(s) .

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ Signature of Issuing Officer/Deputy Clerk | 08/15/2002 at Honolulu, Hawaii<br>Date and Location |

Bail Fixed at NO BAIL WARRANT

| RETURN ||
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at USP.O. Hon HI ||
| Date Received 8-15-02 | NAME AND TITLE OF ARRESTING OFFICER<br>GLENN FERREIRA<br>DUSM |
| Date of Arrest 8-15-02 | SIGNATURE OF ARRESTING OFFICER |

36