# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

# NOTICE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
August 19, 2002 at 4:30P.M.

WALTER A.Y.H. CHINN, CLERK

**CASE NUMBER:**  CRIMINAL 00-00302DAE

**CASE NAME:**  United States of America vs. Michelle Padilla

TAKE NOTICE that a proceeding in this case has been set for:

**TYPE OF PROCEEDING:**  Order to Show Cause Why Supervised Release Should not Be Revoked

**DATE & TIME:**  Wednesday, August 21, 2002 at 2:00 a.m. before the Honorable Alan C. Kay

**PLACE:**  Courtroom 'AHA KAULIKE
United States Courthouse Building
300 Ala Moana Blvd
Honolulu, HI 96850

**DATED:**  August 19, 2002                    Walter A.Y.H. Chinn, Clerk,

                                                By Dottie Miwa, Courtroom Deputy

cc:    Tracy Hino, Esq.
       Assistant U. S. Attorney

       Donna Gray, Esq.
       Assistant Federal Public Defender

       Frank Condello - U. S. Probation Officer

       U. S. Marshals Office