# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/21/2002  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 00-00302DAE |
| CASE NAME: | United States of America vs. Michelle Padilla |
| ATTYS FOR PLA: | Beverly Sameshima |
| ATTYS FOR DEFT: | Donna Gray |
| INTERPRETER: | Frank Condello - U. S. Probation Officer |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Ann Matsumoto |
| DATE: | 08/21/2002 | TIME: | 2:05 - 2:10 |

COURT ACTION: Order to Show Cause Why Supervised Release Should Not Be Revoked.

Defendant present in custody with counsel Donna Gray.

Alleged violations of supervised release read to defendant.

Defendant admitted to all the allegations.

Defendants oral motion to continue order to show cause granted to Tuesday, September 3, 2002 at 4:00 p.m.

Submitted by: Dottie Miwa, Courtroom Deputy

G:\docs\dottie\michelle padilla.wpd

38