# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

# NOTICE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
August 21, 2002 at 4:30P.M.

WALTER A.Y.H. CHINN, CLERK

**CASE NUMBER:** CRIMINAL 00-00302DAE

**CASE NAME:** United States of America vs. Michelle Padilla

TAKE NOTICE that a proceeding in this case has been continued as indicated below:

**TYPE OF PROCEEDING:** Further Hearing on Order To Show Cause Why Supervised Release Should Not Be Revoked

**PREVIOUS DATE & TIME:** Tuesday, September 3, 2002 at 4:00 p.m.

**NEW DATE & TIME:** Tuesday, September 3, 2002 at **2:00 p.m.** before the Honorable David Alan Ezra

**PLACE:** Courtroom 'AHA KUPONO
United States Courthouse Building
300 Ala Moana Blvd
Honolulu, HI 96850

**DATED:** August 21, 2002

Walter A.Y.H. Chinn, Clerk,

By Dottie Miwa, Courtroom Deputy

cc:  Beverly Sameshima, Esq.
     Assistant U. S. Attorney

     Donna Gray, Esq.
     Assistant Federal Public Defender

     Frank Condello - U. S. Probation Officer

     U. S. Marshals Office