ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 29 2002

at 4 o'clock and 19 min. P M.
WALTER A. Y. H. CHINN, CLERK

PETER C. WOLFF, JR.
Federal Public Defender
District of Hawaii

DONNA M. GRAY
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850
Telephone:     (808) 541-2521
Facsimile:     (808) 541-3545

LODGED

AUG 2 9 2002

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Attorney for Defendant
MICHELLE PADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 00-00302 DAE |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER FOR |
| | ) TEMPORARY RELEASE OF |
| vs. | ) DEFENDANT FOR TREATMENT |
| | ) INTERVIEW |
| MICHELLE PADILLA, | ) |
| | ) Treatment Date: 09/03/02 |
| Defendant. | ) |
| | ) |

N:\DONNA\CLIENTS\Padilla_M\drugstip_Hiua.wpd

**STIPULATION AND ORDER FOR TEMPORARY
RELEASE OF DEFENDANT FOR TREATMENT INTERVIEW**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein

that Defendant MICHELLE PADILLA be released Tuesday, September 3, 2002 from 9:00 a.m.

to 1:00 p.m. for the purpose of attending a substance abuse treatment interview.

The Defendant shall be released from the U.S. Marshals Office at 9:00 a.m. to a

representative of the Office of the Federal Public Defender to be escorted to a treatment

40

interview at Hina Mauka located at 45-845 Pookela Street, Kaneohe.  The Defendant shall be

returned to the U.S. Marshals Office by 1:00 p.m. on the same day.

IT IS SO STIPULATED:

DATED:  Honolulu, Hawaii, August 29, 2002.

DONNA M. GRAY
Attorney for Defendant
MICHELLE PADILLA

BEVERLY SAMESHIMA  CONSTANCE A. HASSELL
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, _____8-29-02_____.

United States District Magistrate Judge
District of Hawaii

UNITED STATES v. MICHELLE PADILLA
Cr. No. 00-00302 DAE
Stipulation and Order for Temporary Release of Defendant for Treatment Interview