ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 04 2002

4 o'clock and __ min. __ M.
WALTER A.Y.H. CHINN, CLERK

LODGED

SEP 04 2002

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

CONSTANCE A. HASSELL
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00302 DAE |
| Plaintiff, | ) | |
| | ) | ORDER MODIFYING TERMS AND |
| vs. | ) | CONDITIONS OF SUPERVISED |
| MICHELLE PADILLA, | ) | RELEASE |
| Defendant. | ) | |

ORDER MODIFYING TERMS AND CONDITIONS OF SUPERVISED RELEASE

The Government's Motion for an Order to Show Cause Why Supervised Release Should Not be Revoked came on for further hearing Before this Court on September 3, 2002, the Honorable David A. Ezra, Chief Judge, United States District Court, presiding.  Defendant Michelle Padilla was present, represented by Donna Gray, Assistant Federal Public Defender.  The United States was represented by Constance A. Hassell.

After consideration of oral representations, written submissions, and argument, and good cause therefor appearing, the Court holds decision on this motion in abeyance, finding that a modification of the terms and conditions of supervised release shall best serve the interests of justice.

The terms and conditions of Defendant Michelle Padilla's supervised release shall be modified to include intensive, residential treatment for substance abuse, with the first two weeks paid for by the United States Probation Office. Defendant shall be released to an acceptable facility, such as Hina Mauka, only upon availability of space in that program.

Upon any violation of the terms and conditions of supervised release or the rules of the residential treatment program, the United States Probation Office shall notify both the Court and the Office of the United States Attorney. The Office of the United States Attorney will then move the Motion for an Order to Show Cause Why Supervised Release Should Not be Revoked back on the Court calendar for further hearing.

SO ORDERED: September 4, 2002, Honolulu, Hawaii.

_____
DAVID A. EZRA
Chief Judge
United States District Court


United States v. Michelle Padilla,
Cr. No. 00-00302 DAE, Order Modifying Terms and Conditions of Supervised Release