# MINUTES

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/3/02  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:     CR 00-00302DAE

CASE NAME:       USA V. MICHELE PADILLA

ATTYS FOR PLA:   CONSTANCE HASSELL, FRANK CONDELLO USPO

ATTYS FOR DEFT:  DONNA GRAY

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | C.F. |
| DATE: | 9/3/02 | TIME: | 2-2:30 |

COURT ACTION:  Further Hearing on Order to Show Cause Why Supervised Release Should Not Be Revoked:

Defendant is present - in custody.
Motion to Revoke is continued until moved on.

The conditions of Supervised Release is amended to include the following: 1) That the defendant shall enter the Hina Mauka Residential Drug Treatment Program until clinically discharged. The first two weeks of treatment shall be paid by the U.S. Probation Office
The defendant shall remain in custody until she begins her residential drug treatment program.

Roy T.Sakai
Courtroom Deputy

G:\docs\roy\padilla3

42