Prob 12C
(Rev. 3/95 D/H)

# United States District Court

## for the

## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 17 2003

at ____ o'clock and ____ min. ____ M.
WALTER A. Y. H. CHINN, CLERK

U.S.A. vs. MICHELLE PADILLA,                                Docket No. CR 00-00302DAE-01
    aka Michelle Tulenkun and Judith Valenzuela

### SUPPLEMENTAL REQUEST FOR COURSE OF ACTION
### (Statement of Alleged Violations of Supervised Release)

COMES NOW FRANK M. CONDELLO, II, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of MICHELLE PADILLA, who was placed on supervision by the Honorable David Alan Ezra sitting in the Court at Honolulu, Hawaii, on the 12th day of September 2001, who fixed the period of supervision at 5 years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. That the defendant is prohibited from possessing any illegal or dangerous weapons.

2. That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office.

3. That the defendant shall provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

4. Without the prior approval of the Probation Office, the defendant shall not enter the "Operation Weed and Seed" target area which is bordered by Lunalilo Freeway, Nuuanu Avenue, Bethel Street, Nimitz Highway, North King Street, Dillingham Boulevard, and Kokea Street, as depicted in the map to be attached to the Judgment.

5. That the defendant is to maintain full-time employment or part-time school and part-time employment. Defendant may also attend a community college or any appropriate vocational or education program. If she completes her education, she must continue to be employed full-time.

6. Upon release from confinement, defendant may stay at Miller Hale Community Corrections Center for up to 120 days, as directed by the Probation Office.

7. The defendant is prohibited from associating with Steve Newland, Myron Lathan, and Lionel Rivera and anyone else known to be using drugs or involved in criminal activity.

8. The defendant shall be subject to random drug testing for the first 3 years of supervised release.

On 9/3/2002, the subject was brought before Your Honor to address violations of her supervised release. The subject was continued on supervision, and on 9/4/2002, Your Honor modified the conditions of supervision to include the following: The terms and conditions of defendant Michelle Padilla's supervised release shall be modified to include intensive, residential treatment for substance abuse, with the first 2 weeks paid for by the United States Probation Office. Defendant shall be released to an acceptable facility, such as Hina Mauka, only upon availability of space in that program. Upon any violation of the terms and conditions of supervised release or the rules of the residential treatment program, the United States Probation Office shall notify both the Court and the Office of the United States Attorney. The Office of the United States Attorney will then move the Motion for an Order to Show Cause Why Supervised Release Should Not be Revoked back on the Court calendar for further hearing.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Alleged Violation(s) of Supervised Release

That the Request for Course of Action dated 10/25/2002 and filed on 10/29/2002 be supplemented to include the following violations:

6. That the subject entered the "Operation Weed and Seed" target area on 3/31/2003, in violation of Special Condition No. 4.

7. The subject was convicted of Escape in the Second Degree on 9/2/2003, in violation of Hawaii Revised Statutes § 710-1021; Promoting a Dangerous Drug in the Third Degree, in violation of Hawaii Revised Statutes § 712-1243; and Unlawful Use of Drug Paraphernalia, in violation of Hawaii Revised Statutes § 329-0043.5(a) and the General Condition.

PRAYING THAT THE COURT WILL ORDER ONE OF THE FOLLOWING COURSES OF ACTION:

[✓] That the Request for Course of Action dated 10/25/2002 and filed on 10/29/2002 be supplemented to include the additional violations and information provided in the following Statement of Facts.

[ ] Other

Respectfully submitted by,

_____
FRANK M. CONDELLO, II
U.S. Probation Officer

Approved by:

_____
TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 9/16/2003

Prob 12C
(Rev. 3/95 D/HI)

3

## ORDER OF COURT

THE COURT ORDERS that the Request for Course of Action dated 10/25/2002 and filed on 10/29/2002 be supplemented to include the additional violations and information provided in the following Statement of Facts.

Considered and ordered this 16th day of September, 2003, and ordered filed and made a part of the records in the above case.

_____
DAVID ALAN EZRA
Chief U.S. District Judge

Re:   **PADILLA, Michelle, aka Michelle Tulenkun and Judith Valenzuela
Criminal No. CR 00-00302DAE-01
REVOCATION OF SUPERVISED RELEASE**

## STATEMENT OF FACTS

On 10/25/2002, Your Honor issued a no bail warrant for the subject based on alleged violations of her supervised release. The subject's whereabouts were unknown and she remained on abscond status until her arrest for the above-mentioned crimes on 3/31/2003.

On 3/31/2003 at approximately 7:20 p.m., the subject was arrested by the Honolulu Police Department (HPD) for Promoting a Dangerous Drug in the Third Degree and Unlawful Use of Drug Paraphernalia. According to HPD Report Nos. 03-125685 and 03-125686, an HPD bicycle patrol officer was patrolling within the Weed and Seed target area, near the Dr. Sun Yat Sen statue, which fronts 100 North Beretania Street. The police officer observed two females sitting on a concrete bench. As the officer came closer, he observed the subject's arms on the concrete table. When the officer was 5 to 10 feet away, he observed the subject holding a two-inch long glass pipe with whitish residue protruding upward from her right hand.

The officer recognized the pipe as being commonly used as an instrument to smoke crack cocaine and the whitish residue within the pipe to be crack cocaine. The officer dismounted his bicycle and identified himself. Upon doing so, the subject attempted to conceal the pipe in her pants pocket. She also dove to the ground and landed on her stomach. The officer retrieved the pipe from the subject's front left pocket and placed her in custody.

On 4/28/2003 at approximately 8 p.m., the subject and fellow inmate Kimberly Takata escaped from the Oahu Community Correctional Center (OCCC). According to the Department of the Attorney General Report No. 03-1113, the subject and Takata escaped through a fence at OCCC. A witness observed a male and female in a Chevrolet Camaro on the Puuhale Street side of the prison. The subject and Takata got into the vehicle, which headed toward Nimitz Highway.

On 5/1/2003, the subject was apprehended at the 7-Eleven Store on Nuuanu Avenue. She was taken into custody and charged with Escape in the Second Degree.

On 9/2/2003, the subject was sentenced by the Honorable Marie N. Milks, First Circuit Court Judge for the State of Hawaii. The subject was sentenced to an indeterminate five (5) year sentence with a mandatory minimum imprisonment term of one (1) year and eight (8) months for the Promoting a Dangerous Drug in the Third Degree and Unlawful Use of Drug Paraphernalia charges. For the Escape in the Second Degree charge, the subject was sentenced to an indeterminate five (5) year sentence to be served consecutively to the above-mentioned charges.

Re:   PADILLA, Michelle, aka Michelle Tulenkun and Judith Valenzuela
      Criminal No. CR 00-00302DAE-01
      REVOCATION OF SUPERVISED RELEASE
      STATEMENT OF FACTS - Page 2

Once the subject completes her imprisonment terms on the above-mentioned state sentences, she will be taken into federal custody to address the violations of her supervised release.

Respectfully submitted by,

FRANK M. CONDELLO, II
U.S. Probation Officer

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date:  9/16/2003

FMC/pts