EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON    #4532
Chief, Major Crimes Section

CHRIS A. THOMAS      #3514
Assistant U.S. Attorney
Room 6100 PJKK, Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>MICHELLE PADILLA,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CR. NO. 00-00302 DAE<br><br>APPLICATION AND ORDER FOR<br>WRIT OF HABEAS CORPUS AD<br>PROSEQUENDUM |

APPLICATION AND ORDER FOR
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

COMES NOW the UNITED STATES OF AMERICA, by the United States Attorney, and represents and shows:

That there is now detained in Otter Creek Correctional Center, P.O. Box 500, Wheelwright, KY 41669, in the custody of the Warden thereof, the defendant MICHELLE PADILLA in the above-entitled case, which case will be called for an Order to Show Cause hearing on the 16th day of September, 2008, at the hour of 2:30 p.m., and that it is necessary to have said

defendant present in the courtroom of the Honorable David A. Ezra, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii; in order to secure the presence of defendant it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding said Superintendent to produce said defendant to the United States Marshal in order to procure her presence in said courtroom on said date, and at such other dates as may be necessary until termination of the criminal charges now pending against the defendant.

    WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum out of and under the seal of this Court, directed to said Superintendent commanding him to have and produce the above-named defendant to the United States Marshal, in order to procure defendant's presence before the Honorable David A. Ezra in said courtroom, on said date and time, and from day to day thereafter as may be necessary; the United States Marshal shall retain custody of defendant and at the termination of the criminal charges now pending against defendant return her to Otter Creek Correctional Center.

    DATED:  August 1, 2008, at Honolulu, Hawaii.

    EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Chris A. Thomas
   CHRIS A. THOMAS
   Assistant U.S. Attorney

O R D E R

Upon reading and filing the foregoing Application in that behalf;

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as prayed for herein;



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: August 5, 2008

U.S.A. v. Michelle Padilla
Cr. No. 00-00302 DAE
"Application and Order for Writ of
Habeas Corpus Ad Prosequendum"