ORIGINAL

EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON    #4532
Chief, Major Crimes Section

CHRIS A. THOMAS      #3514
Assistant U.S. Attorney
Room 6100 PJKK, Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 11 2008
at 10 o'clock and 35 min. A M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00302 DAE |
| Plaintiff, | ) | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| vs. | ) | |
| MICHELLE PADILLA, | ) | |
| Defendant. | ) | |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  The Warden, Otter Creek Correctional Center, P.O. Box 500,
     Wheelright, Kentucky 41669; and to the United States Marshal
     for the District of Hawaii, or his/her assistant.

G R E E T I N G S

We command that you, the Warden, Otter Creek Correctional Center, P.O. Box 500, Wheelright, Kentucky 41669, produce the body of MICHELLE PADILLA, now in your custody to the United States Marshal, District of Hawaii, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, and further that the United States Marshal upon taking custody of

said defendant produce said defendant before the Honorable David A. Ezra, United States District Judge, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on 16th, September 2008, the hour of 9:00 a.m. for an Order to Show Cause hearing of said defendant, and also at such other times as may be ordered by this Court, and have you then and there this Writ.

Custody of said MICHELLE PADILLA shall remain with the United States Marshal. The delivery of the body of said MICHELLE PADILLA by the United States Marshal to the courtroom of the Honorable David A. Ezra as aforesaid until termination of the criminal charges now pending against defendant and the return by the United States Marshal of said MICHELLE PADILLA to the custody of Otter Creek Correctional Center, shall be deemed sufficient compliance with this Writ.

WITNESS the Honorable Kevin S.C. Chang, Magistrate of the United States District Court for the District of Hawaii.

DATED: August 11, 2008, at Honolulu, Hawaii.

SUE BEITIA, Clerk
United States District Court
for the District of Hawaii

By: Anna F. Chang, DEPUTY CLERK

U.S.A. v. Michelle Padilla
Cr. No. 00-00302 DAE
"Writ of Habeas Corpus Ad Prosequendum"